IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

PAIGE ACKLIN, STEVE ACUFF, MICHAEL L.　　　　**PLAINTIFFS**
ADKISON, AHMED ALANI, KHALID ALSAADUN,
ANDREW ANDERSON, CORIK ANDERSON,
BRENDA ASKEW, JOE AUGUSTA, JR.,
CHARLOTTE BALL, MARY BANKS, SIRLINA
BARNES, STEVE BARNETT, BUD BARNETT,
JENNIFER BEARD, TINA BEARD, SHERI BELL,
GARY BELL, MICHAEL BENNETT, SABRINA
BENTON, WILLIAM BILLUPS, MITCH BINGHAM,
MICHAEL BLASSINGAME, MARY BOGAN,
SHELBI BOND, TRACY BOND, TERRANCE
BOYD, VIVIAN BRIGGS, STEPHEN BRODIEN,
BRENDA BROWN, LEANNE BROWN, SHAMEKA
BROWN, MARTIN BRYCHTA, SEAN BURNS,
JAMES BUTLER, STEVE BUTZER, MELISSA
CALDWELL, JASON CALVIN, SHELBY
CAPELLI, MARCUS CARLISLE, DARRELL
CARPENTER, JOHN ERIC CHENEY, TAKESHIA
CLARK, RAYMOND CLAY, CAL COLBENSON,
BRIAN D. COLE, BRIAN COLEMAN, TAMMY
COLEMAN, EDDIE COLLINS, STEVEN COOK,
MEREDITH COOMER, TIM CORADINI, III,
AMBER COWSERT, JEREMY N. COX, DAVID
CRAIN, GLEN CRAWFORD, HOMER
CRAWFORD, JOSEPH CRISCO, JOSHUA MATT
DANIELS, JEREMY DAVIDSON, MYRON DAVIS,
MAGGIE L. DEAN, LARRY DEWEESE, GEORGE
DILLARD, III, DIEUFRANT DODORLYE, J.D.
DOHNAL, JOSE DOMINGUEZ, GLENDA
DOTSON, ROSHEKA DOUGLAS, JOAN
DOWELL, BRIAN DRAKE, CHERYL DRAKE, JIM
A. DUCHARME, PAMELA DULIN, WILLIAM
DULIN, MARIUS EASLEY, JOHN ELDRIDGE,
DEAN ENNIS, DEREK EVERETT, JULIE EWELL,
WILLIE FASOLO, BURL FERGUSON,
KRISTOPHER FERGUSON, MICQUAN
FERGUSON, RAIMUNDO FERRER, DRANA R.
FIELDS, TONY FINCH, JERALDINE FRANKLIN,
GARY FRYE, JAMES GALLAHAN, ANDREW
GARDNER, JR., JENNIFER GAUDET, JERRY
GILBERT, JR., BOBBY GOFORTH, CAROLINE

GOLAMNOBEE, FLORA GONZALEZ,
JOHNATHAN GOODEN, JEFFREY GREY,
DEBRA HALE, HAROLD HAMSTRA, JERRY
HARPER, JR., RICHARD HARRIS, THOMAS M.
HERMES, JASON HIGGINS, RONNIE HOLDEN,
FREDERICK HOLLIDAY, JAMIE HOLLOMAN,
RONALD HOLT, VIVA HOOVER, JERRY
HOROWITZ, THOMAS HUBBARD, MARGARET
ITALIA, MARIO JACKSON, KALIFA JAITEH,
RENA JEFFRIES, JAMES JOHNSON, PATRICK
K. JOHNSON, QUANIA JOHNSON, INGRID
JOHNSON-GRIFFIN, AMBROSE JONES, ELMO
KIELOCH, TIM KNIGHT, CORRY KNOWLES,
RUBY LANE, MAURICE LASTER, GEORGE LEE,
III, MICHAEL J. LEWIS, OSCAR LOVE, IRIS
LUCAS, DAVID MALLERY, GERALD MANN,
CARL MARTIN, APRIL MARTINEZ, JOSE
MARTINEZ, ABEL MASSEY, TODD MATTHEWS,
THADDEUS MCCLINTON, SR., LINDA
MCCONNELL, MICHAEL MCDONALD, SR.,
WILLIAM MCELROY, DOYLE MCGLAMERY,
CHERYL MCNEAL, LESLIE MCNISH, DIRK
MCVICKER, ERICA MCWILLIAMS, JASON
MERCADO, HENRY MILLER, ANTONY
MITCHELL, CAREY MITCHELL, KEVIN
MONTGOMERY, FRENCH MOORE, ASHLEY
MORGAN, NORMAN MORGAN, THOMAS W.
MORGAN, MICHAEL MORRISON, LAKESHEA
MOSS, DANNY MUSE, ROBINSON MWANGI,
JOHN NEWMAN, MICHAEL NICOLETTI, LILIANA
NIKOLIC, SHARIKA OSTINE, SENECA OTEY,
CURTIS OVERBAY, KAWANA PATTERSON,
TAMEKA PATTON, NIKIA F. PAYNE, LARRY
PERKINS, STEVE PETTY, BRIAN PIRTLE,
CLAUDE POORE, JR., KAISER POWELL,
BONNIE PUFF, JOYCE PUFF, DARRELL
PUTNAM, MOHSEN RAMSIS, DAVID
RATHBONE, MICHAEL REARDEN, PENNY
REARDEN, WILLIE REYNOLDS, TONYA
RICKETTS, KELSEY ROBINSON, ROY
ROBINSON, JUDY ROGERS, RONNIE ROSS,
WILLIAM ROYALS, CHARLES RUSSELL,
TIMOTHY RUSSELL, CRYSTAL SANDERSON,
ANTHONY SANFORD, DERRICK SCHOFIELD,
TYRONE SCOTT, GARY SHIELDS, DAVID
SHINN, RICHARD SIMMONS, III, KHORRI

**SLAUGHTER, WILLIAM SMITH, ALEXANDER SMITH, KIM SMITH, TIFFANY SMITH, TURPIN SMITH, VICKI STAFFORD, DON STARKS, LESTER L. STEINBACK, ROGER STEPHENS, PAUL STEWART, LARRY SULLIVAN, ANNA SUTTER, DANA SWAILES, BILLY TAYLOR, CARLIS TAYLOR, MICHAEL TAYLOR, MARGARET TELFORD, STEVEN TESTON, DANIEL THOMAS, RODNEY THOMAS, DIANE TOWNS, BRIAN TRAUGHBER, AUSTIN TUDEME, FRIDAY ULUMENFO, KELLY VAUGHN, ROBERT VOGT, ALLEN WAFER, WYNDEL WALKER, CYNTHIA WALKER, JOHN WALKER, DAVID WALTERS, ROY WALTON, TAMMY WATKINS, JAMILLE WATTS, JAVONNA WEBB, JIMMY WHITE, AMY WHITWORTH, CLARENCE WILLIAMS, ANN WILLIAMS, RICHARD WILLIAMS, BENNETH WILSON, JERRY WILSON, MARY WILSON and TAURIS L. YATES**

vs.                                              3:18-cv-_____

                                                 JURY DEMANDED

**EXPRESS COURIER INTERNATIONAL, INC.,**                **DEFENDANTS**
**and EMP LSO HOLDING CORPORATION**

## ORIGINAL COMPLAINT

COME NOW Plaintiffs Paige Acklin, Steve Acuff, Michael L. Adkison, Ahmed Alani, Khalid AlSaadun, Andrew Anderson, Corik Anderson, Brenda Askew, Joe Augusta, Jr., Charlotte Ball, Mary Banks, Sirlina Barnes, Steve Barnett, Bud Barnett, Jennifer Beard, Tina Beard, Sheri Bell, Gary Bell, Michael Bennett, Sabrina Benton, William Billups, Mitch Bingham, Michael Blassingame, Mary Bogan, Shelbi Bond, Tracy Bond, Terrance Boyd, Vivian Briggs, Stephen Brodien, Brenda Brown, Leanne Brown, Shameka Brown, Martin

Brychta, Sean Burns, James Butler, Steve Butzer, Melissa Caldwell, Jason Calvin, Shelby Capelli, Marcus Carlisle, Darrell Carpenter, John Eric Cheney, Takeshia Clark, Raymond Clay, Cal Colbenson, Brian D. Cole, Brian Coleman, Tammy Coleman, Eddie Collins, Steven Cook, Meredith Coomer, Tim Coradini, III, Amber Cowsert, Jeremy N. Cox, David Crain, Glen Crawford, Homer Crawford, Joseph Crisco, Joshua Matt Daniels, Jeremy Davidson, Myron Davis, Maggie L. Dean, Larry DeWeese, George Dillard, III, Dieufrant Dodorlye, J.D. Dohnal, Jose Dominguez, Glenda Dotson, Rosheka Douglas, Joan Dowell, Brian Drake, Cheryl Drake, Jim A. DuCharme, Pamela Dulin, William Dulin, Marius Easley, John Eldridge, Dean Ennis, Derek Everett, Julie Ewell, Willie Fasolo, Burl Ferguson, Kristopher Ferguson, Micquan Ferguson, Raimundo Ferrer, Drana R. Fields, Tony Finch, Jeraldine Franklin, Gary Frye, James Gallahan, Andrew Gardner, Jr., Jennifer Gaudet, Jerry Gilbert, Jr., Bobby Goforth, Caroline Golamnobee, Flora Gonzalez, Johnathan Gooden, Jeffrey Grey, Debra Hale, Harold Hamstra, Jerry Harper, Jr., Richard Harris, Thomas M. Hermes, Jason Higgins, Ronnie Holden, Frederick Holliday, Jamie Holloman, Ronald Holt, Viva Hoover, Jerry Horowitz, Thomas Hubbard, Margaret Italia, Mario Jackson, Kalifa Jaiteh, Rena Jeffries, James Johnson, Patrick K. Johnson, Quania Johnson, Ingrid Johnson-Griffin, Ambrose Jones, Elmo Kieloch, Tim Knight, Corry Knowles, Ruby Lane, Maurice Laster, George Lee, III, Michael J. Lewis, Oscar Love, Iris Lucas, David Mallery, Gerald Mann, Carl Martin, April Martinez, Jose Martinez, Abel Massey, Todd Matthews, Thaddeus McClinton, Sr., Linda McConnell, Michael McDonald, Sr., William McElroy, Doyle McGlamery, Cheryl McNeal, Leslie McNish, Dirk McVicker, Erica McWilliams, Jason Mercado, Henry Miller, Antony Mitchell, Carey Mitchell, Kevin Montgomery, French Moore, Ashley Morgan, Norman Morgan, Thomas W. Morgan,

Michael Morrison, Lakeshea Moss, Danny Muse, Robinson Mwangi, John Newman, Michael Nicoletti, Liliana Nikolic, Sharika Ostine, Seneca Otey, Curtis Overbay, Kawana Patterson, Tameka Patton, Nikia F. Payne, Larry Perkins, Steve Petty, Brian Pirtle, Claude Poore, Jr., Kaiser Powell, Bonnie Puff, Joyce Puff, Darrell Putnam, Mohsen Ramsis, David Rathbone, Michael Rearden, Penny Rearden, Willie Reynolds, Tonya Ricketts, Kelsey Robinson, Roy Robinson, Judy Rogers, Ronnie Ross, William Royals, Charles Russell, Timothy Russell, Crystal Sanderson, Anthony Sanford, Derrick Schofield, Tyrone Scott, Gary Shields, David Shinn, Richard Simmons, III, Khorri Slaughter, William Smith, Alexander Smith, Kim Smith, Tiffany Smith, Turpin Smith, Vicki Stafford, Don Starks, Lester L. Steinback, Roger Stephens, Paul Stewart, Larry Sullivan, Anna Sutter, Dana Swailes, Billy Taylor, Carlis Taylor, Michael Taylor, Margaret Telford, Steven Teston, Daniel Thomas, Rodney Thomas, Diane Towns, Brian Traughber, Austin Tudeme, Friday Ulumenfo, Kelly Vaughn, Robert Vogt, Allen Wafer, Wyndel Walker, Cynthia Walker, John Walker, David Walters, Roy Walton, Tammy Watkins, Jamille Watts, Javonna Webb, Jimmy White, Amy Whitworth, Clarence Williams, Ann Williams, Richard Williams, Benneth Wilson, Jerry Wilson, Mary Wilson and Tauris L. Yates ("Plaintiffs"), by and through their attorney Jesse Nelson of Nelson Law Group, and for their Original Complaint ("Complaint") against Defendants Express Courier International, Inc., and EMP LSO Holding Corporation (hereinafter collectively referred to as "Defendant" or simply "Express"), and in support thereof do hereby state and allege as follows:

## I.   PRELIMINARY STATEMENTS

1.    Plaintiffs bring this action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), for declaratory judgment, monetary damages, liquidated damages, prejudgment interest, and a reasonable attorney's fee and costs, as a result of Defendant's failure to pay Plaintiffs minimum and overtime wages as required by law.

## II.    JURISDICTION AND VENUE

2.    The United States District Court for the Middle District of Tennessee has subject matter jurisdiction over this suit under the provisions of 28 U.S.C. § 1331 because this suit raises federal questions under the FLSA.

3.    Defendant conducts business within the State of Tennessee, providing courier/delivery services within the State of Tennessee.

4.    Venue lies properly within this Court under 28 U.S.C. § 1391(b)(1) and (c)(2), because the State of Tennessee has personal jurisdiction over Defendant, and Defendant therefore "resides" in Tennessee.

5.    A substantial part of the acts complained of herein were committed and had their principal effect against Plaintiffs within the Nashville Division of the Middle District of Tennessee; venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## III.    THE PARTIES

6.    Plaintiff Paige Acklin is an individual and resident of the State of Tennessee.

7.    Plaintiff Steve Acuff is an individual and resident of the State of Tennessee.

8.    Plaintiff Michael L. Adkison is an individual and resident of the State of Tennessee.

9.    Plaintiff Ahmed Alani is an individual and resident of the State of Tennessee.

10.     Plaintiff Khalid AlSaadun is an individual and resident of the State of Tennessee.

11.     Plaintiff Andrew Anderson is an individual and resident of the State of Tennessee.

12.     Plaintiff Corik Anderson is an individual and resident of the State of Tennessee.

13.     Plaintiff Brenda Askew is an individual and resident of the State of Tennessee.

14.     Plaintiff Joe Augusta, Jr., is an individual and resident of the State of Tennessee.

15.     Plaintiff Charlotte Ball is an individual and resident of the State of Tennessee.

16.     Plaintiff Mary Banks is an individual and resident of the State of Tennessee.

17.     Plaintiff Sirlina Barnes is an individual and resident of the State of Tennessee.

18.     Plaintiff Steve Barnett is an individual and resident of the State of Tennessee.

19.     Plaintiff Bud Barnett is an individual and resident of the State of Tennessee.

20.     Plaintiff Jennifer Beard is an individual and resident of the State of Tennessee.

21.     Plaintiff Tina Beard is an individual and resident of the State of Tennessee.

22.     Plaintiff Sheri Bell is an individual and resident of the State of Tennessee.

23.     Plaintiff Gary Bell is an individual and resident of the State of Tennessee.

24.    Plaintiff Michael Bennett is an individual and resident of the State of Tennessee.

25.    Plaintiff Sabrina Benton is an individual and resident of the State of Tennessee.

26.    Plaintiff William Billups is an individual and resident of the State of Tennessee.

27.    Plaintiff Mitch Bingham is an individual and resident of the State of Tennessee.

28.    Plaintiff Michael Blassingame is an individual and resident of the State of Tennessee.

29.    Plaintiff Mary Bogan is an individual and resident of the State of Tennessee.

30.    Plaintiff Shelbi Bond is an individual and resident of the State of Tennessee.

31.    Plaintiff Tracy Bond is an individual and resident of the State of Tennessee.

32.    Plaintiff Terrance Boyd is an individual and resident of the State of Tennessee.

33.    Plaintiff Vivian Briggs is an individual and resident of the State of Tennessee.

34.    Plaintiff Stephen Brodien is an individual and resident of the State of Tennessee.

35.    Plaintiff Brenda Brown is an individual and resident of the State of Tennessee.

36.    Plaintiff Leanne Brown is an individual and resident of the State of Tennessee.

37.    Plaintiff Shameka Brown is an individual and resident of the State of Tennessee.

38.    Plaintiff Martin Brychta is an individual and resident of the State of Tennessee.

39.    Plaintiff Sean Burns is an individual and resident of the State of Tennessee.

40.    Plaintiff James Butler is an individual and resident of the State of Tennessee.

41.    Plaintiff Steve Butzer is an individual and resident of the State of Tennessee.

42.    Plaintiff Melissa Caldwell is an individual and resident of the State of Tennessee.

43.    Plaintiff Jason Calvin is an individual and resident of the State of Tennessee.

44.    Plaintiff Shelby Capelli is an individual and resident of the State of Tennessee.

45.    Plaintiff Marcus Carlisle is an individual and resident of the State of Tennessee.

46.    Plaintiff Darrell Carpenter is an individual and resident of the State of Tennessee.

47.    Plaintiff John Eric Cheney is an individual and resident of the State of Tennessee.

48.    Plaintiff Takeshia Clark is an individual and resident of the State of Tennessee.

49.     Plaintiff Raymond Clay is an individual and resident of the State of Tennessee.

50.     Plaintiff Cal Colbenson is an individual and resident of the State of Tennessee.

51.     Plaintiff Brian D. Cole is an individual and resident of the State of Tennessee.

52.     Plaintiff Brian Coleman is an individual and resident of the State of Tennessee.

53.     Plaintiff Tammy Coleman is an individual and resident of the State of Tennessee.

54.     Plaintiff Eddie Collins is an individual and resident of the State of Tennessee.

55.     Plaintiff Steven Cook is an individual and resident of the State of Tennessee.

56.     Plaintiff Meredith Coomer is an individual and resident of the State of Tennessee.

57.     Plaintiff Tim Coradini, III, is an individual and resident of the State of Tennessee.

58.     Plaintiff Amber Cowsert is an individual and resident of the State of Tennessee.

59.     Plaintiff Jeremy N. Cox is an individual and resident of the State of Tennessee.

60.     Plaintiff David Crain is an individual and resident of the State of Tennessee.

61.     Plaintiff Glen Crawford is an individual and resident of the State of Tennessee.

62.     Plaintiff Homer Crawford is an individual and resident of the State of Tennessee.

63.     Plaintiff Joseph Crisco is an individual and resident of the State of Tennessee.

64.     Plaintiff Joshua Matt Daniels is an individual and resident of the State of Tennessee.

65.     Plaintiff Jeremy Davidson is an individual and resident of the State of Tennessee.

66.     Plaintiff Myron Davis is an individual and resident of the State of Tennessee.

67.     Plaintiff Maggie L. Dean is an individual and resident of the State of Tennessee.

68.     Plaintiff Larry DeWeese is an individual and resident of the State of Tennessee.

69.     Plaintiff George Dillard, III, is an individual and resident of the State of Tennessee.

70.     Plaintiff Dieufrant Dodorlye is an individual and resident of the State of Tennessee.

71.     Plaintiff J.D. Dohnal is an individual and resident of the State of Tennessee.

72.     Plaintiff Jose Dominguez is an individual and resident of the State of Tennessee.

73.     Plaintiff Glenda Dotson is an individual and resident of the State of Tennessee.

74.     Plaintiff Rosheka Douglas is an individual and resident of the State of Tennessee.

75.     Plaintiff Joan Dowell is an individual and resident of the State of Tennessee.

76.     Plaintiff Brian Drake is an individual and resident of the State of Tennessee.

77.     Plaintiff Cheryl Drake is an individual and resident of the State of Tennessee.

78.     Plaintiff Jim A. DuCharme is an individual and resident of the State of Tennessee.

79.     Plaintiff Pamela Dulin is an individual and resident of the State of Tennessee.

80.     Plaintiff William Dulin is an individual and resident of the State of Tennessee.

81.     Plaintiff Marius Easley is an individual and resident of the State of Tennessee.

82.     Plaintiff John Eldridge is an individual and resident of the State of Tennessee.

83.     Plaintiff Dean Ennis is an individual and resident of the State of Tennessee.

84.     Plaintiff Derek Everett is an individual and resident of the State of Tennessee.

85.     Plaintiff Julie Ewell is an individual and resident of the State of Tennessee.

86. Plaintiff Willie Fasolo is an individual and resident of the State of Tennessee.

87. Plaintiff Burl Ferguson is an individual and resident of the State of Tennessee.

88. Plaintiff Kristopher Ferguson is an individual and resident of the State of Tennessee.

89. Plaintiff Micquan Ferguson is an individual and resident of the State of Tennessee.

90. Plaintiff Raimundo Ferrer is an individual and resident of the State of Tennessee.

91. Plaintiff Drana R. Fields is an individual and resident of the State of Tennessee.

92. Plaintiff Tony Finch is an individual and resident of the State of Tennessee.

93. Plaintiff Jeraldine Franklin is an individual and resident of the State of Tennessee.

94. Plaintiff Gary Frye is an individual and resident of the State of Tennessee.

95. Plaintiff James Gallahan is an individual and resident of the State of Tennessee.

96. Plaintiff Andrew Gardner, Jr., is an individual and resident of the State of Tennessee.

97. Plaintiff Jennifer Gaudet is an individual and resident of the State of Tennessee.

98.    Plaintiff Jerry Gilbert, Jr., is an individual and resident of the State of Tennessee.

99.    Plaintiff Bobby Goforth is an individual and resident of the State of Tennessee.

100.    Plaintiff Caroline Golamnobee is an individual and resident of the State of Tennessee.

101.    Plaintiff Flora Gonzalez is an individual and resident of the State of Tennessee.

102.    Plaintiff Johnathan Gooden is an individual and resident of the State of Tennessee.

103.    Plaintiff Jeffrey Grey is an individual and resident of the State of Tennessee.

104.    Plaintiff Debra Hale is an individual and resident of the State of Tennessee.

105.    Plaintiff Harold Hamstra is an individual and resident of the State of Tennessee.

106.    Plaintiff Jerry Harper, Jr., is an individual and resident of the State of Tennessee.

107.    Plaintiff Richard Harris is an individual and resident of the State of Tennessee.

108.    Plaintiff Thomas M. Hermes is an individual and resident of the State of Tennessee.

109.    Plaintiff Jason Higgins is an individual and resident of the State of Tennessee.

110.    Plaintiff Ronnie Holden is an individual and resident of the State of Tennessee.

111.    Plaintiff Frederick Holliday is an individual and resident of the State of Tennessee.

112.    Plaintiff Jamie Holloman is an individual and resident of the State of Tennessee.

113.    Plaintiff Ronald Holt is an individual and resident of the State of Tennessee.

114.    Plaintiff Viva Hoover is an individual and resident of the State of Tennessee.

115.    Plaintiff Jerry Horowitz is an individual and resident of the State of Tennessee.

116.    Plaintiff Thomas Hubbard is an individual and resident of the State of Tennessee.

117.    Plaintiff Margaret Italia is an individual and resident of the State of Tennessee.

118.    Plaintiff Mario Jackson is an individual and resident of the State of Tennessee.

119.    Plaintiff Kalifa Jaiteh is an individual and resident of the State of Tennessee.

120.    Plaintiff Rena Jeffries is an individual and resident of the State of Tennessee.

121.    Plaintiff James Johnson is an individual and resident of the State of Tennessee.

122.    Plaintiff Patrick K. Johnson is an individual and resident of the State of Tennessee.

123.    Plaintiff Quania Johnson is an individual and resident of the State of Tennessee.

124.    Plaintiff Ingrid Johnson-Griffin is an individual and resident of the State of Tennessee.

125.    Plaintiff Ambrose Jones is an individual and resident of the State of Tennessee.

126.    Plaintiff Elmo Kieloch is an individual and resident of the State of Tennessee.

127.    Plaintiff Tim Knight is an individual and resident of the State of Tennessee.

128.    Plaintiff Corry Knowles is an individual and resident of the State of Tennessee.

129.    Plaintiff Ruby Lane is an individual and resident of the State of Tennessee.

130.    Plaintiff Maurice Laster is an individual and resident of the State of Tennessee.

131.    Plaintiff George Lee, III, is an individual and resident of the State of Tennessee.

132.    Plaintiff Michael J. Lewis is an individual and resident of the State of Tennessee.

133.    Plaintiff Oscar Love is an individual and resident of the State of Tennessee.

134.    Plaintiff Iris Lucas is an individual and resident of the State of Tennessee.

135.    Plaintiff David Mallery is an individual and resident of the State of Tennessee.

136.   Plaintiff Gerald Mann is an individual and resident of the State of Tennessee.

137.   Plaintiff Carl Martin is an individual and resident of the State of Tennessee.

138.   Plaintiff April Martinez is an individual and resident of the State of Tennessee.

139.   Plaintiff Jose Martinez is an individual and resident of the State of Tennessee.

140.   Plaintiff Abel Massey is an individual and resident of the State of Tennessee.

141.   Plaintiff Todd Matthews is an individual and resident of the State of Tennessee.

142.   Plaintiff Thaddeus McClinton, Sr., is an individual and resident of the State of Tennessee.

143.   Plaintiff Linda McConnell is an individual and resident of the State of Tennessee.

144.   Plaintiff Michael McDonald, Sr., is an individual and resident of the State of Tennessee.

145.   Plaintiff William McElroy is an individual and resident of the State of Tennessee.

146.   Plaintiff Doyle McGlamery is an individual and resident of the State of Tennessee.

147.   Plaintiff Cheryl McNeal is an individual and resident of the State of Tennessee.

148.   Plaintiff Leslie McNish is an individual and resident of the State of Tennessee.

149.   Plaintiff Dirk McVicker is an individual and resident of the State of Tennessee.

150.   Plaintiff Erica McWilliams is an individual and resident of the State of Tennessee.

151.   Plaintiff Jason Mercado is an individual and resident of the State of Tennessee.

152.   Plaintiff Henry Miller is an individual and resident of the State of Tennessee.

153.   Plaintiff Antony Mitchell is an individual and resident of the State of Tennessee.

154.   Plaintiff Carey Mitchell is an individual and resident of the State of Tennessee.

155.   Plaintiff Kevin Montgomery is an individual and resident of the State of Tennessee.

156.   Plaintiff French Moore is an individual and resident of the State of Tennessee.

157.   Plaintiff Ashley Morgan is an individual and resident of the State of Tennessee.

158.   Plaintiff Norman Morgan is an individual and resident of the State of Tennessee.

159.   Plaintiff Thomas W. Morgan is an individual and resident of the State of Tennessee.

160. Plaintiff Michael Morrison is an individual and resident of the State of Tennessee.

161. Plaintiff Lakeshea Moss is an individual and resident of the State of Tennessee.

162. Plaintiff Danny Muse is an individual and resident of the State of Tennessee.

163. Plaintiff Robinson Mwangi is an individual and resident of the State of Tennessee.

164. Plaintiff John Newman is an individual and resident of the State of Tennessee.

165. Plaintiff Michael Nicoletti is an individual and resident of the State of Tennessee.

166. Plaintiff Liliana Nikolic is an individual and resident of the State of Tennessee.

167. Plaintiff Sharika Ostine is an individual and resident of the State of Tennessee.

168. Plaintiff Seneca Otey is an individual and resident of the State of Tennessee.

169. Plaintiff Curtis Overbay is an individual and resident of the State of Tennessee.

170. Plaintiff Kawana Patterson is an individual and resident of the State of Tennessee.

171. Plaintiff Tameka Patton is an individual and resident of the State of Tennessee.

172.    Plaintiff Nikia F. Payne is an individual and resident of the State of Tennessee.

173.    Plaintiff Larry Perkins is an individual and resident of the State of Tennessee.

174.    Plaintiff Steve Petty is an individual and resident of the State of Tennessee.

175.    Plaintiff Brian Pirtle is an individual and resident of the State of Tennessee.

176.    Plaintiff Claude Poore, Jr., is an individual and resident of the State of Tennessee.

177.    Plaintiff Kaiser Powell is an individual and resident of the State of Tennessee.

178.    Plaintiff Bonnie Puff is an individual and resident of the State of Tennessee.

179.    Plaintiff Joyce Puff is an individual and resident of the State of Tennessee.

180.    Plaintiff Darrell Putnam is an individual and resident of the State of Tennessee.

181.    Plaintiff Mohsen Ramsis is an individual and resident of the State of Tennessee.

182.    Plaintiff David Rathbone is an individual and resident of the State of Tennessee.

183.    Plaintiff Michael Rearden is an individual and resident of the State of Tennessee.

184.    Plaintiff Penny Rearden is an individual and resident of the State of Tennessee.

185.    Plaintiff Willie Reynolds is an individual and resident of the State of Tennessee.

186.    Plaintiff Tonya Ricketts is an individual and resident of the State of Tennessee.

187.    Plaintiff Kelsey Robinson is an individual and resident of the State of Tennessee.

188.    Plaintiff Roy Robinson is an individual and resident of the State of Tennessee.

189.    Plaintiff Judy Rogers is an individual and resident of the State of Tennessee.

190.    Plaintiff Ronnie Ross is an individual and resident of the State of Tennessee.

191.    Plaintiff William Royals is an individual and resident of the State of Tennessee.

192.    Plaintiff Charles Russell is an individual and resident of the State of Tennessee.

193.    Plaintiff Timothy Russell is an individual and resident of the State of Tennessee.

194.    Plaintiff Crystal Sanderson is an individual and resident of the State of Tennessee.

195.    Plaintiff Anthony Sanford is an individual and resident of the State of Tennessee.

196.    Plaintiff Derrick Schofield is an individual and resident of the State of Tennessee.

197.    Plaintiff Tyrone Scott is an individual and resident of the State of Tennessee.

198.    Plaintiff Gary Shields is an individual and resident of the State of Tennessee.

199.    Plaintiff David Shinn is an individual and resident of the State of Tennessee.

200.    Plaintiff Richard Simmons, III, is an individual and resident of the State of Tennessee.

201.    Plaintiff Khorri Slaughter is an individual and resident of the State of Tennessee.

202.    Plaintiff William Smith is an individual and resident of the State of Tennessee.

203.    Plaintiff Alexander Smith is an individual and resident of the State of Tennessee.

204.    Plaintiff Kim Smith is an individual and resident of the State of Tennessee.

205.    Plaintiff Tiffany Smith is an individual and resident of the State of Tennessee.

206.    Plaintiff Turpin Smith is an individual and resident of the State of Tennessee.

207.    Plaintiff Vicki Stafford is an individual and resident of the State of Tennessee.

208.    Plaintiff Don Starks is an individual and resident of the State of Tennessee.

209.    Plaintiff Lester L. Steinback is an individual and resident of the State of Tennessee.

210.    Plaintiff Roger Stephens is an individual and resident of the State of Tennessee.

211.    Plaintiff Paul Stewart is an individual and resident of the State of Tennessee.

212.    Plaintiff Larry Sullivan is an individual and resident of the State of Tennessee.

213.    Plaintiff Anna Sutter is an individual and resident of the State of Tennessee.

214.    Plaintiff Dana Swailes is an individual and resident of the State of Tennessee.

215.    Plaintiff Billy Taylor is an individual and resident of the State of Tennessee.

216.    Plaintiff Carlis Taylor is an individual and resident of the State of Tennessee.

217.    Plaintiff Michael Taylor is an individual and resident of the State of Tennessee.

218.    Plaintiff Margaret Telford is an individual and resident of the State of Tennessee.

219.    Plaintiff Steven Teston is an individual and resident of the State of Tennessee.

220.    Plaintiff Daniel Thomas is an individual and resident of the State of Tennessee.

221.    Plaintiff Rodney Thomas is an individual and resident of the State of Tennessee.

222.    Plaintiff Diane Towns is an individual and resident of the State of Tennessee.

223. Plaintiff Brian Traughber is an individual and resident of the State of Tennessee.

224. Plaintiff Austin Tudeme is an individual and resident of the State of Tennessee.

225. Plaintiff Friday Ulumenfo is an individual and resident of the State of Tennessee.

226. Plaintiff Kelly Vaughn is an individual and resident of the State of Tennessee.

227. Plaintiff Robert Vogt is an individual and resident of the State of Tennessee.

228. Plaintiff Allen Wafer is an individual and resident of the State of Tennessee.

229. Plaintiff Wyndel Walker is an individual and resident of the State of Tennessee.

230. Plaintiff Cynthia Walker is an individual and resident of the State of Tennessee.

231. Plaintiff John Walker is an individual and resident of the State of Tennessee.

232. Plaintiff David Walters is an individual and resident of the State of Tennessee.

233. Plaintiff Roy Walton is an individual and resident of the State of Tennessee.

234. Plaintiff Tammy Watkins is an individual and resident of the State of Tennessee.

235. Plaintiff Jamille Watts is an individual and resident of the State of Tennessee.

236. Plaintiff Javonna Webb is an individual and resident of the State of Tennessee.

237. Plaintiff Jimmy White is an individual and resident of the State of Tennessee.

238. Plaintiff Amy Whitworth is an individual and resident of the State of Tennessee.

239. Plaintiff Clarence Williams is an individual and resident of the State of Tennessee.

240. Plaintiff Ann Williams is an individual and resident of the State of Tennessee.

241. Plaintiff Richard Williams is an individual and resident of the State of Tennessee.

242. Plaintiff Benneth Wilson is an individual and resident of the State of Tennessee.

243. Plaintiff Jerry Wilson is an individual and resident of the State of Tennessee.

244. Plaintiff Mary Wilson is an individual and resident of the State of Tennessee.

245. Plaintiff Tauris L. Yates is an individual and resident of the State of Tennessee.

246. At all times relevant to this Complaint, each Plaintiff performed courier services for Defendant within the State of Tennessee.

247. Defendant Express Courier International, Inc., is a domestic, for-profit corporation, registered to conduct business within the State of Tennessee.

248.    This Defendant has designated CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710, to accept service on its behalf.

249.    Defendant EMP LSO Holding Corporation is a foreign, for-profit corporation, whose principle place of business is 3060 Peachtree Road NW, Suite 360, Atlanta, Georgia 30305.

250.    Defendant provides on-demand and scheduled courier services.

251.    Defendant's primary business purpose is to provide courier/delivery services, and Defendant engages couriers/drivers to accomplish this goal.

252.    Courier/delivery services are at least one integral part of Defendant's business.

253.    Defendant's annual gross volume of sales made or business done was not less than $500,000.00 (exclusive of excise taxes at the retail level that are separately stated) during each of the three calendar years preceding the filing of this Complaint.

254.    Defendant has at least two employees that handle, sell, or otherwise work on goods or materials that have been moved in or produced for interstate commerce, including, but not limited to, medical supplies and bio-materials, office supplies, auto parts, manufactured goods, or office equipment for the benefit of Defendant.

## IV.    FACTUAL ALLEGATIONS

255.    Plaintiffs repeat and re-allege all previous paragraphs of this Complaint as though fully incorporated in this section.

256.    To carry out Defendant's courier/delivery services, Defendant contracted with couriers/drivers (referred to herein as "couriers" or "drivers") during the relevant time.

257.   Each Plaintiff performed the basic duties of a courier during the relevant time.

258.   The basic duties of a courier include transporting and delivering packages to Defendant's customers.

259.   To support its delivery business, Defendant maintained a hierarchy of corporate level employees to oversee numerous field "branches," which were located throughout the southeastern United States and were divided into regions.

260.   At the corporate level, Defendant maintained an operations department, a compliance department, an accounting department, a marketing department, an information-technology department, and an insurance department.

261.   Defendant's compliance department was responsible for determining what was required to conduct Defendant's courier services in compliance with applicable laws and communicating those requirements to Defendant's branches.

262.   The compliance department was in charge of preparation, maintenance and use of Defendant's standard Agreement.

263.   Defendant's compliance department was also responsible for processing all applications to become drivers and vetting them for minimum requirements.

264.   Defendant's corporate office had a Director of Business Analytics whose job was to help the branch run more efficiently or perform research to improve business operations.

265.   Defendant also employed a Director of Operations to support branches and sales by mining data and running reports for the company for maximizing profits.

266.    Defendant also maintained a corporate-level dispatch office, with an attachment of "Central Ops Specialists," whose job was to monitor customer requirements and make sure customer expectations were met.

267.    Each branch had a senior employee in charge of the branch and drivers.

268.    Branch Managers were responsible to ensure that Plaintiffs were operating under applicable company, federal and state rules, regulations and operating procedures.

269.    Branch Managers were also responsible to ensure that customers were receiving quality delivery services and that deliveries were made on time.

270.    Branch Managers were required to facilitate branch standards reporting to Defendant's corporate office regarding how satisfied customers were with drivers' delivery performance.

271.    Defendant required Branch Managers to have management skills that would allow them to ensure that drivers delivered packages on time and that customers were satisfied and to bring in new customers or sell services.

272.    Branch Managers or whoever else was in charge of the facility had the authority to terminate Plaintiffs.

273.    Branch Managers were also tasked with managing the branch within budgeted guidelines from Defendant's corporate office and the parameters set by the Regional Director.

274.    Branch Managers were also responsible for maintaining a positive and safe working environment for individuals working at the branch, which included drivers.

275.    Branch Managers were in charge of assigning the routes to drivers.

276.    Branch Managers, not drivers, were responsible for setting long and short-term business objectives.

277.    Defendant treated each Plaintiff as an "independent contractor" for purposes of the FLSA.

278.    Defendant required each and every potential courier to enter into a standard agreement, which Defendant called an "independent contractor agreement" or "owner-operator agreement."

279.    No Plaintiffs were involved in drafting the terms of Defendant's standard agreement.

280.    Defendant required each driver to satisfy whatever needs and requirements Defendant's customers had.

281.    All drivers were hired to work for Defendant for an indefinite period of time.

282.    Defendant expected each Plaintiff to wear a photo identification badge.

283.    Plaintiffs were expected to follow Defendant's dress code and guidelines.

284.    Defendant leased warehouses in which drivers picked-up parcels for delivery.

285.    No drivers shared in Defendant's profits.

286.    No drivers shared in Defendant's losses.

287.    Defendant paid drivers through a combination of piece rates, route rates or delivery rates.

288.    Defendant entered into contracts with their customers, and no drivers signed contracts with Defendant's customers.

289. Defendant set prices to its customers for certain types of packages or delivery routes without driver input or negotiation.

290. Defendant determined where to locate Defendant's branches and offices without driver input.

291. Defendant made decisions on advertising Defendant's business without driver input.

292. Plaintiffs did not advertise themselves as independent businesses.

293. Defendant made decisions on what new business to pursue or take without driver input.

294. Drivers did not negotiate contracts or prices with Defendant's customers.

295. Defendant expected drivers to follow Defendant's policies regarding how to track deliveries.

296. Defendant's standard agreement required drivers to obtain and maintain certain types of insurance.

297. Defendant's standard agreement required drivers to use communication equipment that was compatible with Defendant's operating system.

298. Defendant's standard agreement gave Defendant the sole discretion to investigate, adjudicate and charge drivers for delays, shortages, mis-deliveries, and claims related to lost, damaged or contaminated loads.

299. Defendant's standard agreement required drivers to obtain written consent from Defendant before operating their vehicles for another motor carrier.

300. If a customer had a complaint about any driver, the customer was supposed to complain to someone at the branch or to corporate headquarters, not to the driver.

301.    Defendant generally did not pay any drivers any overtime premium for hours that they worked over forty hours per week.

302.    If any driver worked more than forty hours per week, Defendant's policy was not to pay that driver an overtime premium of one and one half times the driver's regular rate for the hours over forty.

303.    Defendant had a general practice keeping no contemporaneous records of time that drivers performed courier/delivery services on Defendant's behalf.

304.    After deducting for expenses related to the operation of at least some Plaintiffs' vehicles in the course of performing job duties for Defendant, some Plaintiffs' pay regularly fell below the minimum wages required by the FLSA.

305.    Defendant knew or should have known that the job duties of Plaintiffs required Plaintiffs to work hours in excess of forty per week, yet Defendant failed and refused to compensate Plaintiffs for their work as required by the FLSA.

306.    At all times relevant hereto, Defendant was aware of the minimum wage and overtime requirements of the FLSA.

307.    Defendant purposefully and knowingly classified drivers as "independent contractors."

## VI.    CAUSE OF ACTION
### (Individual Claims for FLSA Violations)

308.    Plaintiffs repeat and re-allege all the preceding paragraphs of this Complaint as if fully set forth in this section.

309.    29 U.S.C. §§ 206 and 207 require any enterprise engaged in commerce to pay all employees a minimum wage for all hours worked up to forty (40) in one week and to pay one and one-half times regular wages for all hours worked over forty (40) hours in

a week, unless an employee meets certain exemption requirements of 29 U.S.C. § 213 and all accompanying Department of Labor regulations.

310.    Defendant misclassified all Plaintiffs as independent contractors.

311.    The costs that Plaintiffs incurred, including, but not limited to, use of their own vehicles, for the benefit of Defendant, caused some Plaintiffs' free and clear pay to fall below minimum wages.

312.    Defendant also unlawfully refrained from paying Plaintiffs an overtime premium for hours over forty per week.

313.    Defendant's failure to pay each Plaintiff all minimum and overtime wages owed and failure to reimburse Plaintiff's work-related vehicle expenses was willful.

314.    By reason of the unlawful acts alleged herein, Defendant is liable to each Plaintiff for monetary damages, liquidated damages, and costs, including reasonable attorneys' fees, for all violations that occurred within the three (3) years prior to the filing of this Complaint.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, premises considered, Plaintiffs Paige Acklin, Steve Acuff, Michael L. Adkison, Ahmed Alani, Khalid AlSaadun, Andrew Anderson, Corik Anderson, Brenda Askew, Joe Augusta, Jr., Charlotte Ball, Mary Banks, Sirlina Barnes, Steve Barnett, Bud Barnett, Jennifer Beard, Tina Beard, Sheri Bell, Gary Bell, Michael Bennett, Sabrina Benton, William Billups, Mitch Bingham, Michael Blassingame, Mary Bogan, Shelbi Bond, Tracy Bond, Terrance Boyd, Vivian Briggs, Stephen Brodien, Brenda Brown, Leanne Brown, Shameka Brown, Martin Brychta, Sean Burns, James Butler, Steve Butzer, Melissa Caldwell, Jason Calvin, Shelby Capelli, Marcus Carlisle, Darrell Carpenter, John

Eric Cheney, Takeshia Clark, Raymond Clay, Cal Colbenson, Brian D. Cole, Brian

Coleman, Tammy Coleman, Eddie Collins, Steven Cook, Meredith Coomer, Tim Coradini,

III, Amber Cowsert, Jeremy N. Cox, David Crain, Glen Crawford, Homer Crawford,

Joseph Crisco, Joshua Matt Daniels, Jeremy Davidson, Myron Davis, Maggie L. Dean,

Larry DeWeese, George Dillard, III, Dieufrant Dodorlye, J.D. Dohnal, Jose Dominguez,

Glenda Dotson, Rosheka Douglas, Joan Dowell, Brian Drake, Cheryl Drake, Jim A.

DuCharme, Pamela Dulin, William Dulin, Marius Easley, John Eldridge, Dean Ennis,

Derek Everett, Julie Ewell, Willie Fasolo, Burl Ferguson, Kristopher Ferguson, Micquan

Ferguson, Raimundo Ferrer, Drana R. Fields, Tony Finch, Jeraldine Franklin, Gary Frye,

James Gallahan, Andrew Gardner, Jr., Jennifer Gaudet, Jerry Gilbert, Jr., Bobby Goforth,

Caroline Golamnobee, Flora Gonzalez, Johnathan Gooden, Jeffrey Grey, Debra Hale,

Harold Hamstra, Jerry Harper, Jr., Richard Harris, Thomas M. Hermes, Jason Higgins,

Ronnie Holden, Frederick Holliday, Jamie Holloman, Ronald Holt, Viva Hoover, Jerry

Horowitz, Thomas Hubbard, Margaret Italia, Mario Jackson, Kalifa Jaiteh, Rena Jeffries,

James Johnson, Patrick K. Johnson, Quania Johnson, Ingrid Johnson-Griffin, Ambrose

Jones, Elmo Kieloch, Tim Knight, Corry Knowles, Ruby Lane, Maurice Laster, George

Lee, III, Michael J. Lewis, Oscar Love, Iris Lucas, David Mallery, Gerald Mann, Carl

Martin, April Martinez, Jose Martinez, Abel Massey, Todd Matthews, Thaddeus

McClinton, Sr., Linda McConnell, Michael McDonald, Sr., William McElroy, Doyle

McGlamery, Cheryl McNeal, Leslie McNish, Dirk McVicker, Erica McWilliams, Jason

Mercado, Henry Miller, Antony Mitchell, Carey Mitchell, Kevin Montgomery, French

Moore, Ashley Morgan, Norman Morgan, Thomas W. Morgan, Michael Morrison,

Lakeshea Moss, Danny Muse, Robinson Mwangi, John Newman, Michael Nicoletti,

Liliana Nikolic, Sharika Ostine, Seneca Otey, Curtis Overbay, Kawana Patterson, Tameka Patton, Nikia F. Payne, Larry Perkins, Steve Petty, Brian Pirtle, Claude Poore, Jr., Kaiser Powell, Bonnie Puff, Joyce Puff, Darrell Putnam, Mohsen Ramsis, David Rathbone, Michael Rearden, Penny Rearden, Willie Reynolds, Tonya Ricketts, Kelsey Robinson, Roy Robinson, Judy Rogers, Ronnie Ross, William Royals, Charles Russell, Timothy Russell, Crystal Sanderson, Anthony Sanford, Derrick Schofield, Tyrone Scott, Gary Shields, David Shinn, Richard Simmons, III, Khorri Slaughter, William Smith, Alexander Smith, Kim Smith, Tiffany Smith, Turpin Smith, Vicki Stafford, Don Starks, Lester L. Steinback, Roger Stephens, Paul Stewart, Larry Sullivan, Anna Sutter, Dana Swailes, Billy Taylor, Carlis Taylor, Michael Taylor, Margaret Telford, Steven Teston, Daniel Thomas, Rodney Thomas, Diane Towns, Brian Traughber, Austin Tudeme, Friday Ulumenfo, Kelly Vaughn, Robert Vogt, Allen Wafer, Wyndel Walker, Cynthia Walker, John Walker, David Walters, Roy Walton, Tammy Watkins, Jamille Watts, Javonna Webb, Jimmy White, Amy Whitworth, Clarence Williams, Ann Williams, Richard Williams, Benneth Wilson, Jerry Wilson, Mary Wilson and Tauris L. Yates, respectfully pray for declaratory relief and damages as follows:

A.    That each Defendant be summoned to appear and answer herein;

B.    That each Defendant be required to account to Plaintiffs and the Court for all of the hours worked by Plaintiffs and all monies paid to them;

C.    A declaratory judgment that Defendant's practices alleged herein violate the FLSA and attendant regulations;

D.    Judgment for damages for all unpaid minimum wages and overtime compensation under the FLSA and attendant regulations;

E.    Judgment for liquidated damages pursuant to the same laws in an amount equal to all unpaid minimum wages and overtime compensation owed to Plaintiffs during the applicable statutory period;

F.    An order directing Defendant to pay Plaintiffs prejudgment interest, reasonable attorney's fees and all costs connected with this action;

G.    A trial by jury; and

H.    Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

**PAIGE ACKLIN, STEVE ACUFF, MICHAEL L. ADKISON, AHMED ALANI, KHALID ALSAADUN, ANDREW ANDERSON, CORIK ANDERSON, BRENDA ASKEW, JOE AUGUSTA, JR., CHARLOTTE BALL, MARY BANKS, SIRLINA BARNES, STEVE BARNETT, BUD BARNETT, JENNIFER BEARD, TINA BEARD, SHERI BELL, GARY BELL, MICHAEL BENNETT, SABRINA BENTON, WILLIAM BILLUPS, MITCH BINGHAM, MICHAEL BLASSINGAME, MARY BOGAN, SHELBI BOND, TRACY BOND, TERRANCE BOYD, VIVIAN BRIGGS, STEPHEN BRODIEN, BRENDA BROWN, LEANNE BROWN, SHAMEKA BROWN, MARTIN BRYCHTA, SEAN BURNS, JAMES BUTLER, STEVE BUTZER, MELISSA CALDWELL, JASON CALVIN, SHELBY CAPELLI, MARCUS CARLISLE, DARRELL CARPENTER, JOHN ERIC CHENEY, TAKESHIA CLARK, RAYMOND CLAY, CAL COLBENSON, BRIAN D. COLE, BRIAN COLEMAN, TAMMY COLEMAN, EDDIE COLLINS, STEVEN COOK, MEREDITH COOMER, TIM CORADINI, III, AMBER COWSERT, JEREMY N. COX, DAVID CRAIN, GLEN CRAWFORD, HOMER CRAWFORD, JOSEPH CRISCO, JOSHUA MATT DANIELS, JEREMY DAVIDSON,**

MYRON DAVIS, MAGGIE L. DEAN, LARRY
DEWEESE, GEORGE DILLARD, III,
DIEUFRANT DODORLYE, J.D. DOHNAL,
JOSE DOMINGUEZ, GLENDA DOTSON,
ROSHEKA DOUGLAS, JOAN DOWELL,
BRIAN DRAKE, CHERYL DRAKE, JIM A.
DUCHARME, PAMELA DULIN, WILLIAM
DULIN, MARIUS EASLEY, JOHN
ELDRIDGE, DEAN ENNIS, DEREK
EVERETT, JULIE EWELL, WILLIE FASOLO,
BURL FERGUSON, KRISTOPHER
FERGUSON, MICQUAN FERGUSON,
RAIMUNDO FERRER, DRANA R. FIELDS,
TONY FINCH, JERALDINE FRANKLIN,
GARY FRYE, JAMES GALLAHAN,
ANDREW GARDNER, JR., JENNIFER
GAUDET, JERRY GILBERT, JR., BOBBY
GOFORTH, CAROLINE GOLAMNOBEE,
FLORA GONZALEZ, JOHNATHAN
GOODEN, JEFFREY GREY, DEBRA HALE,
HAROLD HAMSTRA, JERRY HARPER, JR.,
RICHARD HARRIS, THOMAS M. HERMES,
JASON HIGGINS, RONNIE HOLDEN,
FREDERICK HOLLIDAY, JAMIE
HOLLOMAN, RONALD HOLT, VIVA
HOOVER, JERRY HOROWITZ, THOMAS
HUBBARD, MARGARET ITALIA, MARIO
JACKSON, KALIFA JAITEH, RENA
JEFFRIES, JAMES JOHNSON, PATRICK K.
JOHNSON, QUANIA JOHNSON, INGRID
JOHNSON-GRIFFIN, AMBROSE JONES,
ELMO KIELOCH, TIM KNIGHT, CORRY
KNOWLES, RUBY LANE, MAURICE
LASTER, GEORGE LEE, III, MICHAEL J.
LEWIS, OSCAR LOVE, IRIS LUCAS, DAVID
MALLERY, GERALD MANN, CARL
MARTIN, APRIL MARTINEZ, JOSE
MARTINEZ, ABEL MASSEY, TODD
MATTHEWS, THADDEUS MCCLINTON,
SR., LINDA MCCONNELL, MICHAEL
MCDONALD, SR., WILLIAM MCELROY,
DOYLE MCGLAMERY, CHERYL MCNEAL,
LESLIE MCNISH, DIRK MCVICKER, ERICA
MCWILLIAMS, JASON MERCADO, HENRY
MILLER, ANTONY MITCHELL, CAREY
MITCHELL, KEVIN MONTGOMERY,

FRENCH MOORE, ASHLEY MORGAN, NORMAN MORGAN, THOMAS W. MORGAN, MICHAEL MORRISON, LAKESHEA MOSS, DANNY MUSE, ROBINSON MWANGI, JOHN NEWMAN, MICHAEL NICOLETTI, LILIANA NIKOLIC, SHARIKA OSTINE, SENECA OTEY, CURTIS OVERBAY, KAWANA PATTERSON, TAMEKA PATTON, NIKIA F. PAYNE, LARRY PERKINS, STEVE PETTY, BRIAN PIRTLE, CLAUDE POORE, JR., KAISER POWELL, BONNIE PUFF, JOYCE PUFF, DARRELL PUTNAM, MOHSEN RAMSIS, DAVID RATHBONE, MICHAEL REARDEN, PENNY REARDEN, WILLIE REYNOLDS, TONYA RICKETTS, KELSEY ROBINSON, ROY ROBINSON, JUDY ROGERS, RONNIE ROSS, WILLIAM ROYALS, CHARLES RUSSELL, TIMOTHY RUSSELL, CRYSTAL SANDERSON, ANTHONY SANFORD, DERRICK SCHOFIELD, TYRONE SCOTT, GARY SHIELDS, DAVID SHINN, RICHARD SIMMONS, III, KHORRI SLAUGHTER, WILLIAM SMITH, ALEXANDER SMITH, KIM SMITH, TIFFANY SMITH, TURPIN SMITH, VICKI STAFFORD, DON STARKS, LESTER L. STEINBACK, ROGER STEPHENS, PAUL STEWART, LARRY SULLIVAN, ANNA SUTTER, DANA SWAILES, BILLY TAYLOR, CARLIS TAYLOR, MICHAEL TAYLOR, MARGARET TELFORD, STEVEN TESTON, DANIEL THOMAS, RODNEY THOMAS, DIANE TOWNS, BRIAN TRAUGHBER, AUSTIN TUDEME, FRIDAY ULUMENFO, KELLY VAUGHN, ROBERT VOGT, ALLEN WAFER, WYNDEL WALKER, CYNTHIA WALKER, JOHN WALKER, DAVID WALTERS, ROY WALTON, TAMMY WATKINS, JAMILLE WATTS, JAVONNA WEBB, JIMMY WHITE, AMY WHITWORTH, CLARENCE WILLIAMS, ANN WILLIAMS, RICHARD WILLIAMS, BENNETH WILSON, JERRY WILSON, MARY WILSON and TAURIS L. YATES, PLAINTIFFS

_s/ Jesse D. Nelson_____
JESSE D. NELSON (BPR #: 025602)
NELSON LAW GROUP, PLLC
*Attorneys for Plaintiffs*
10263 Kingston Pike
Knoxville, Tennessee 37922
Telephone: (865) 383-1053
Facsimile: (865) 383-1054
jesse@NLGattorneys.com